IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ASIA BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:19-cv-1069-RAH |
| | ) | (WO) |
| TUSKEGEE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 31, 2020, the Plaintiff filed an amended complaint. (Doc. 37.) The Plaintiff filed the amended complaint without leave of the Court or the opposing party's written consent in contravention of Section 4 of the Uniform Scheduling Order (Doc. 34) and Federal Rule of Civil Procedure 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). Accordingly, it is

ORDERED that the Plaintiff's amended complaint (Doc. 37) is STRICKEN for the Plaintiff's failure to comply with Fed. R. Civ. P. 15.

DONE this 2nd day of September, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER. JR.
UNITED STATES DISTRICT JUDGE