IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ASIA BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:19-cv-1069-RAH |
| | ) | (WO) |
| TUSKEGEE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Now before the Court is the Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint (Doc. 43), filed on September 3, 2020. The Plaintiff requests an opportunity to amend her complaint to cure issues raised in the Defendants' Motions to Dismiss and to plead causes of action sustainable under federal and state law. Accordingly, upon consideration of the motion and for good cause, it is:

1. ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc. 43) is GRANTED;

2. ORDERED that Plaintiff shall file the amended complaint **on or before September 11, 2020**;

3. ORDERED that Defendant Bomani Spell's Motion to Dismiss (Doc. 20) is DENIED as moot; and

4. ORDERED that Defendant Tuskegee University's Motion to Dismiss (Doc. 21) is DENIED as moot.

DONE this 8th day of September, 2020.

                                              /s/ R. Austin Huffaker, Jr.
                                       R. AUSTIN HUFFAKER, JR.
                                       UNITED STATES DISTRICT JUDGE